**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Mount Joy Baptist Church of Washington, D.C. | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Mount Joy Baptist Church | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 52-0970411 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5410 Indian Head Highway | 11904 Aten Street |
| Number     Street | Number     Street |
| | P.O. Box |
| Oxon Hill           MD    20745 | Fort Washington   MD   20744 |
| City                State   ZIP Code | City                State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Prince George's County | |
| County | Number     Street |
| | |
| | City                State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   Mount Joy Baptist Church of Washington, D.C.   Case number (if known) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>_____ |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes.  District  District of Maryland   When  02/08/2019    Case number  19-11707<br>　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____   When _____   Case number _____<br>　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____   Relationship _____<br>　　　　District _____   When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Debtor    Mount Joy Baptist Church of Washington, D.C.          Case number (*if known*)_____
_____
Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                    Number      Street<br>_____<br>_____<br>City                                 State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☒ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000        ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  Mount Joy Baptist Church of Washington, D.C.  Case number (*if known*)_____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/25/2023
          MM / DD / YYYY

✘ /s/ Rev. Bruce Mitchell                       Rev. Bruce Mitchell
Signature of authorized representative of debtor   Printed name

Title Pastor/CEO

**18. Signature of attorney**

✘ /s/ John D Burns                              Date 09/25/2023
Signature of attorney for debtor                      MM / DD / YYYY

John D Burns
Printed name

The Burns Law Firm, LLC
Firm name

6305 Ivy Lane, Ste 340
Number    Street

Greenbelt                                        MD      20770
City                                             State   ZIP Code

301-441-8780                                     jburns@burnsbankruptcyfirm.com
Contact phone                                    Email address

22777                                            MD
Bar number                                       State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

United States Bankruptcy Court
District of Maryland

In re: Mount Joy Baptist Church of Washington, D.C.

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/25/2023

/s/ Rev. Bruce Mitchell
Signature of Individual signing on behalf of debtor

Pastor/CEO
Position or relationship to debtor

```
Central Collection Unit
300 W Preston St
Baltimore, MD 21201


Collins Elevator
800 Hamlin St., SE
Washington, DC 20017


Comcast Business
PO Box 3001
Southeastern, PA 19398


Comptroller of Maryland
110 Carroll st
Annapolis, MD 21411


Comptroller of the Treasury
301 W. Preston St
Room 409
Baltimore, MD 21201


Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201


DLLR
500 N Calvert St
Baltimore, MD 21202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


McNamee Hosea
6411 Ivy Lane, Ste. 200
Greenbelt, MD 20770


Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202
```

**National Loan Acquisitions Company**
**9126 SW Ridder Rd.**
**Wilsonville, OR 97070**


**NLAC**
**9126 SW Ridder Rd.**
**Wilsonville, OR 97070**


**NLAC**
**9126 SW Ridder Rd.**
**Wilsonville, OR 97070**


**O'Leary Asphalt**
**9629 Doctor Perry**
**Ijamsville, MD 21754**


**Office of Finance, Prince George's County**
**14741 Governor Oden Bowie Dr**
**Upper Marlboro, MD 20772**


**PEPCO**
**701 Ninth St., NW**
**9th Floor**
**Washington, DC 20069**


**Prince George County Maryland Meyers Rodbell**
**6801 Kenilworth Avenue**
**Ste. 400**
**Riverdale, MD 20737**


**Prince George's County Treasurer Division**
**Room 1090**
**Upper Marlboro, MD 20772**


**Republic Services Division #411**
**PO Box 9001099**
**Louisville, KY 40290**


**State of Maryland – Dept of Assessments**
**301 W Preston St**
**Baltimore, MD 21202**


**U.S Securities and Exchange Commission**
**100 F St NE**
**Washington, DC 20549**


**US Asset Management**
**c/o EOS CCA**
**PO Box 981008**
**Boston, MA 02298**

```
US Attorney for the  District of Maryland
36 S Charles St Fl 4
Baltimore, MD 21201


US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


Vivint
29992 Collection Dr.
Chicago, IL 60693


WSSC
14501 Sweitzer Lane
Laurel, MD 20707
```